United States District Court

Eastern District of California

Timothy Bryan Brooks,

    Plaintiff,                      No. Civ. S 02-2166 MCE PAN P

  vs.                             Findings and Recommendations

California Department of
Corrections, et al.,

    Defendants.

-oOo-

February 9, 2005, plaintiff filed a paper styled, "Motion to issue 42 U.S.C. § 1983 Civil Complaint."

Plaintiff contends the court should enter judgment in plaintiff's favor because defendants neither objected to the January 11, 2005, findings and recommendations to deny their motion to dismiss nor answered the complaint.

Defendants served their motion to dismiss, objections to the findings and recommendation and answer upon plaintiff at Deuel Vocational Institute, where plaintiff was confined when he

1 commenced his action.  While the second-amended complaint, which
2 was served on defendants, showed plaintiff was confined at
3 Susanville State Penitentiary, plaintiff did not comply with
4 Local Rule 83-183(b) by filing notice of his new address.
5 Despite plaintiff's omission, he acknowledges he received
6 defendants' answer.
7     Accordingly, plaintiff's February 9, 2005, motion should be
8 denied.
9     Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these
10 findings and recommendations are submitted to the United States
11 District Judge assigned to this case.  Written objections may be
12 filed within 20 days of service of these findings and
13 recommendations.  The document should be captioned "Objections to
14 Magistrate Judge's Findings and Recommendations."  The district
15 judge may accept, reject, or modify these findings and
16 recommendations in whole or in part.
17     Dated:  June 2, 2005.

                  /s/ Peter A. Nowinski
                  PETER A. NOWINSKI
                  Magistrate Judge