United States District Court

Eastern District of California

Timothy Bryan Brooks,

       Plaintiff,                    No. Civ. S 02-2166 MCE PAN P

  vs.                              Order

California Department of
Corrections, et al.,

       Defendants.

                            -oOo-

    Plaintiff seeks an order prohibiting defendants from conducting discovery upon the ground they refuse to meet and confer pursuant to Fed. R. Civ. P. 26(f).  Defendants filed no opposition.

    Ordinarily, before the court makes a schedule, the parties must meet and confer to consider the claims and defenses and discovery related thereto.  Fed. R. Civ. P. 26(f).  But this provision does not apply where one party is a prisoner without counsel.  Fed. R. Civ. P. 26(a)(1)(E)(iii), 26(f).

1    Since defendants need not meet and confer with plaintiff and
2 defendants may seek leave to take his deposition, plaintiff's
3 September 9, 2005, motion is denied.
4    So ordered.
5    Dated:  November 29, 2005.

                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge