United States District Court

Eastern District of California

Timothy Bryan Brooks,

       Plaintiff,                    No. Civ. S 02-2166 MCE PAN P

   vs.                                  Order

California Department of
Corrections, et al.,

       Defendants.

                           -oOo-

    Plaintiff seeks an order prohibiting defendants from taking his deposition because he is a prisoner prosecuting this action without counsel and because defendants have rebuffed his attempts to meet and confer with them pursuant to Fed. R. Civ. P. 26(f). Defendants filed no opposition.

    Ordinarily, before the court makes a schedule, the parties must meet and confer to consider the claims and defenses and discovery related thereto. Fed. R. Civ. P. 26(f). And normally, a party may take the deposition of any person, including a party,

1  without leave of court.  Fed. R. Civ. P. 30(a)(1).  But the meet
2  and confer provision does not apply where one party is a prisoner
3  without counsel and a party must obtain leave of court to take
4  the deposition of a prisoner.  Fed. R. Civ. P. 26(a)(1)(E)(iii),
5  26(f), 30(a)(2).
6       Since defendants need not meet and confer with plaintiff and
7  defendants may seek leave to take his deposition, plaintiff's
8  August 17, 2005, motion is denied.
9       So ordered.
10      Dated:  November 29, 2005.

                                    /s/ Peter A. Nowinski
                                 PETER A. NOWINSKI
                                 Magistrate Judge