United States District Court

Eastern District of California

Timothy Bryan Brooks,

        Plaintiff,                    No. Civ. S 02-2166 MCE PAN P

  vs.                                   Order

California Department
of Corrections, et al.,

        Defendants.

-oOo-

Plaintiff's wife has submitted on plaintiff's behalf a request for investigation and a request to modify the schedule made August 25, 2005.

A party appearing pro se may not delegate his appearance to any other person. L.R. 83-183(a). Only an attorney admitted to practice in this court who has appeared on petitioner's behalf may represent petitioner and accept service of papers for him. L.R. 5-137(b), 83-180(a), 83-182(a). Plaintiff makes no showing his wife satisfies these requirements.

Accordingly, the November 28, 2005, requests are denied.

So ordered.

Dated:   December 13, 2005.

                                              /s/ Peter A. Nowinski
                                              PETER A. NOWINSKI
                                              Magistrate Judge