United States District Court

Eastern District of California

|  |  |
|---|---|
| Timothy Bryan Brooks, | |
| Plaintiff, | No. Civ. S 02-2166 MCE PAN P |
| vs. | Order |
| California Department of Corrections, et al., | |
| Defendants. | |

-oOo-

Plaintiff is a prisoner without counsel prosecuting this civil rights action.  Defendants move to compel plaintiff's appearance for deposition and for monetary sanctions upon the ground plaintiff failed to appear for a properly noticed deposition.

Defendants duly noticed plaintiff's deposition for August 22, 2005.  August 17, 2005, plaintiff filed a motion for an order preventing defendants from taking his deposition.  A scheduling conflict arose and so defendants cancelled the deposition.

1 Defendants' counsel sent to plaintiff a letter explaining
2 defendants had a right under the Federal Rules of Civil Procedure
3 to take his deposition and enclosed a copy of the court's April
4 13, 2005, discovery order.

5 August 23, 2005, defendants duly noticed plaintiff's
6 deposition for September 9, 2005, at California Correctional
7 Center--Susanville.  August 26, 2005, plaintiff filed a motion
8 for an order preventing defendants from taking his deposition.
9 Counsel spoke with plaintiff over the telephone and plaintiff
10 agreed to appear but after reviewing the Federal Rules of Civil
11 Procedure, plaintiff persisted in his belief defendants were not
12 permitted to take his deposition without leave of court and so
13 did not appear at the appointed time.

14 Defendants seek an order compelling plaintiff to appear for
15 a duly noticed deposition and to pay attorney's and court
16 reporter's fees in the amount of $486.50.

17 In pertinent part, Fed. R. Civ. P. 30 provides:

> Rule 30.  Depositions upon Oral Examination
>     (a) When Depositions May be Taken; When Leave Required.
>
>     (1) A party may take the testimony of any person, including a party, by deposition upon oral examination without leave of court except as provided in paragraph (2).  The attendance of witnesses may be compelled by subpoena as provided in Rule 45.
>
>     (2) A party must obtain leave of court, which shall be granted to the extent consistent with the principles stated in Rule 26(b)(2), if the person to be examined is confined in prison . . . .

1  But the discovery order made April 13, 2005, granted defendants
2  the required leave.
3     Given plaintiff's confusion about whether the April 13,
4  2005, order constituted the leave required by Rule 30(a)(2), it
5  cannot not be said his failure to appear for deposition was
6  willful and sanctions are not warranted.
7     Defendants' October 7, 2005, motion therefore is denied.
8     Defendants may notice plaintiff's deposition again for a
9  reasonable time and place.  If plaintiff wilfully fails to appear
10 pursuant to due notice the court will upon duly noticed motion
11 impose severe sanctions which, in light of the unavailability of
12 other sanctions, likely may be dismissal of plaintiff's claims.
13     Dated:   January 24, 2006.

                               /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge