United States District Court

Eastern District of California

Timothy Bryan Brooks,

      Plaintiff,                   No. Civ. S 02-2166 MCE PAN P

  vs.                            Order

California Department of Corrections, et al.,

      Defendants.

-oOo-

    Defendants move to modify the schedule made August 25, 2005.

    A scheduling order may be modified when the moving party demonstrates he cannot meet the deadline despite exercising due diligence. Fed. R. Civ. P. 16(b); Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992).

    Defendants noticed plaintiff's deposition for September 9, 2005. Plaintiff failed to appear and filed a motion for an order preventing defendants from taking his deposition. October 7, 2005, defendants filed and served a motion to compel plaintiff's

deposition.  November 29, 2005, the court denied plaintiff's motion.  Pursuant to the scheduling order, discovery closed December 23, 2005.

Defendants assert they have not noticed plaintiff's deposition because I have not ruled on the October 7, 2005, motion.

By separate order I deny defendants' October 7, 2005, motion for sanctions and direct plaintiff to appear for deposition once duly noticed.

Accordingly, I find good cause to extend the time for taking plaintiff's deposition.  Defendants shall duly notice and take plaintiff's deposition within 60 days of the date this order is signed.

Dated:  January 24, 2006.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge