United States District Court

Eastern District of California

Timothy Bryan Brooks,

       Plaintiff,                         No. Civ. S 02-2166 MCE PAN P

  vs.                                  Order

California Department of Corrections, et al.,

       Defendants.

-oOo-

    Plaintiff is a state prisoner prosecuting this civil rights action without counsel. Pursuant to the schedule made August 25, 2005, pretrial motions must be filed no later than February 17, 2006, plaintiff must file a pretrial statement no later than May 19, 2006, defendants must file a pretrial statement no later than June 2, 2006, pretrial conference is set for June 9, 2006, and trial is set for August 30, 2006. Since defendants, through no

///

///

1 fault of their own, have yet to take plaintiff's deposition,
2 these dates are vacated.
3     So ordered.
4     Dated:  January 31, 2006.

                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge