IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY BRYAN BROOKS,

    Plaintiff,                      No. CIV S-02-2166 MCE PAN P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.               ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On December 19, 2005, plaintiff filed a document styled "Motion for Discovery Request; Motion to Compel Complete Production of All Documents . . . ." It appears that this is a request for production of documents and not a proper motion to compel. Cf. Fed. R. Civ. P. 34, 37. Discovery requests between the parties should not be filed with the court unless, and until, they are at issue. Plaintiff's discovery request will be placed in the court record and disregarded.

        On December 21, 2005, plaintiff filed a request for issuance of a criminal complaint against alleged perpetrators of an assault on plaintiff. On the same day, plaintiff filed a request for F.B.I. investigation of alleged retaliation against him and other alleged violations of

////

1

his constitutional rights. None of the actions requested by plaintiff is properly sought in this § 1983 action. The requests will therefore be denied.

On January 17, 2006, plaintiff filed a motion to compel production of telephone records. Discovery closed in this action on December 23, 2005. (<u>See</u> Scheduling Order filed August 25, 2005.) Plaintiff's motion is untimely and will therefore be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's December 19, 2005 motion for discovery request is construed as a request for production of documents and, so construed, shall be placed in the court file and disregarded.

2. Plaintiff's Decmeber 21, 2005 requests for issuance of a criminal complaint and F.B.I. investigation are denied.

3. Plaintiff's January 17, 2006 motion to compel is denied.

DATED: February 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
broo2166.o