IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY BRYAN BROOKS,                No. 2:02-cv-2166-MCE-PAN-P

    Plaintiff,

  v.                                  ORDER

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.
_____/

    Plaintiff has filed a Request for Reconsideration of this Court's Order filed March 1, 2006, ordering that a request for production of documents be disregarded, denying a request for a criminal complaint and FBI investigation and denying a Motion to Compel.

### Standards For Motions To Reconsider

    Although motions to reconsider are directed to the sound discretion of the Court, <u>Frito-Lay of Puerto Rico, Inc. v. Canas</u>, 92 F.R.D. 384, 390 (D.C. Puerto Rico 1981), considerations of judicial economy weigh heavily in the process.

1  Thus Local Rule 78-230(k) requires that a party seeking
2  reconsideration of a district court's order must brief the "new
3  or different facts or circumstances [which] were not shown upon
4  such prior motion, or what other grounds exist for the motion."
5  The rule derives from the "law of the case" doctrine which
6  provides that the decisions on legal issues made in a case
7  "should be followed unless there is substantially different
8  evidence . . . new controlling authority, or the prior decision
9  was clearly erroneous and would result in injustice."  Handi
10 Investment Co. v. Mobil Oil Corp., 653 F.2d 391, 392 (9th Cir.
11 1981); see also Waggoner v. Dallaire, 767 F.2d 589, 593 (9th Cir.
12 1985), cert. denied, 475 U.S. 1064 (1986).
13     Courts construing Federal Rule of Civil Procedure 59(e),
14 providing for the alteration or amendment of a judgment, have
15 noted that a motion to reconsider is not a vehicle permitting the
16 unsuccessful party to "rehash" arguments previously presented, or
17 to present "contentions which might have been raised prior to the
18 challenged judgment."  Costello v. United States, 765 F.Supp.
19 1003, 1009 (C.D.Cal. 1991); see also F.D.I.C. v. Meyer, 781 F.2d
20 1260, 1268 (7th Cir. 1986); Keyes v. National R.R. Passenger
21 Corp., 766 F. Supp. 277, 280 (E.D. Pa. 1991).  These holdings
22 "reflect[] district courts' concerns for preserving dwindling
23 resources and promoting judicial efficiency."  Costello, 765
24 F.Supp. at 1009.
25 ///
26 ///

2

1   In the instant action, Plaintiff accuses the magistrate
2 judge of unfairness but offers no new facts, circumstances or
3 grounds for the requests the magistrate judge denied.
4   Therefore, IT IS HEREBY ORDERED that, upon reconsideration,
5 this Court's Order of March 1, 2006, is affirmed.
6 DATED: March 30, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3