IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY BRYAN BROOKS,

    Plaintiff,                                  No. CIV S-02-2166 MCE PAN P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.                        ORDER

         On April 6, 2006, plaintiff filed a notice of change of address. That document was not served on defendants. Plaintiff is advised that every document submitted to the court for consideration must be served on defendants. Fed. R. Civ. P. 5. Plaintiff is required to serve all documents in this action conventionally in accordance with the relevant provisions of Fed. R. Civ. P. 5. See Local Rule 5-135(b). Since an attorney has filed a document with the court on behalf of defendants, documents submitted by plaintiff must be served on that attorney and not on the defendant. Fed. R. Civ. P. 5(b)(1). Conventional service is usually accomplished by mailing a copy of the document to the attorney's address of record. See Fed. R. Civ. P. 5(b)(2)(B). Plaintiff must include with every document filed in this action a certificate stating the date an accurate copy of the document was mailed to defendants' attorney and the address to which it was mailed. See Local Rule 5-135(b) and (c).

1  Accordingly, IT IS HEREBY ORDERED that plaintiff has 30 days from the date
2 of this order to serve notice of his new address on defendants. Failure to properly serve any
3 documents subsequently filed in this action, and failure to include a proper certificate of service
4 with such filing, may result in a recommendation that this action be dismissed.
5 DATED: May 17, 2006.

UNITED STATES MAGISTRATE JUDGE

/mp
broo2166.35jfm