IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY BRYAN BROOKS,

    Plaintiff,                         No. CIV S-02-2166 MCE PAN P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.                ORDER

/

       Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has been granted leave to proceed with this action in forma pauperis pursuant to 28 U.S.C. § 1915.

       On June 1, 2006, plaintiff filed a request for funds to hire an investigative team. The expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress.  Tedder v. Odel, 890 F.2d 210 (9th Cir. 1989).  The in forma pauperis statute does not authorize the expenditure of public funds for investigators.  See 28 U.S.C. § 1915.

/////

/////

/////

/////

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's June 1, 2006 request is
2 denied.
3 DATED: June 13, 2006.

                                        UNITED STATES MAGISTRATE JUDGE

7 /001; broo2166.31c