IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY BRYAN BROOKS,              No. 2:02-cv-2166-MCE-PAN-P

       Plaintiff,

   v.                              ORDER

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

       Defendants.
_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On May 26, 2006, the magistrate judge filed Findings and Recommendations herein which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days.

1

Neither party has filed objections to the Findings and Recommendations.[1]

The Court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed May 26, 2006 are adopted in full; and

2. Plaintiff's April 19, 2006 motion is denied.

DATED: July 6, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] On June 21, 2006, plaintiff filed a document styled "Objections to Magistrate Judge's Findings and Recommendations." By separate order, this court has construed said document as a request for reconsideration of an order filed by the magistrate judge on June 14, 2006.

2