IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY BRYAN BROOKS,                    No. 2:02-cv-2166-MCE-PAN-P

      Plaintiff,

  v.                                     <u>ORDER</u>

CALIFORNIA DEPARTMENT OF
CORRECTIONS, ET AL.,

      Defendants.
_____/

    On June 21, 2006, Plaintiff filed a document styled as Objections to Findings and Recommendations. Review of the document shows, however, that Plaintiff therein objects to the magistrate judge's June 14, 2006 Order Denying Plaintiff's request for funds to hire an investigative team. The Court construes the document filed on June 211, 2006 as a request for reconsideration of that Order. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."

///

1

1 Upon review of the entire file, the Court finds that it does not
2 appear that the magistrate judge's ruling was clearly erroneous
3 or contrary to law.
4     Therefore, IT IS HEREBY ORDERED that, upon reconsideration,
5 the Order of the magistrate judge filed June 14, 2006, is
6 affirmed.
7 DATED: July 6, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE