IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY BRYAN BROOKS,

      Plaintiff,                        No. CIV S-02-2166 MCE PAN P

     vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

      Defendants.                <u>ORDER</u>

                              /

        Defendants have requested an extension of time to file an opposition to plaintiff's motion for summary judgment and to file a cross-motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' May 25, 2006 request for an extension of time is granted; and

        2. Defendants are granted until July 24, 2006 in which to file and serve an opposition to plaintiff's motion for summary judgment and a cross-motion for summary judgment.

DATED: July 20, 2006.

UNITED STATES MAGISTRATE JUDGE

12/broo2166.36