IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY BRYAN BROOKS,

      Plaintiff,                        No. CIV S-02-2166 MCE PAN P

  vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

      Defendants.                <u>ORDER</u>

        On May 24, 2006, a letter from inmate Benjamin Gaddis was docketed in the above-captioned case as a motion for injunctive relief. Inmate Gaddis is not a party to this action and may not seek relief herein. Accordingly, IT IS HEREBY ORDERED that document # 85 shall be disregarded. The Clerk of the Court is directed to serve a copy of this order on inmate Benjamin Gaddis, # F15150, at Pelican Bay State Prison

DATED: July 27, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
broo2166.dis