IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY BRYAN BROOKS,

    Plaintiff,                    No. CIV S-02-2166 MCE EFB P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS,

    Defendant.          <u>ORDER</u>

    Plaintiff is a prisoner without counsel seeking relief pursuant to 42 U.S.C. § 1983. Plaintiff moves to disqualify Magistrate Judge Moulds.

    For administrative reasons, this case has been reassigned to the undersigned.

    Accordingly, plaintiff's motion is moot.

    Therefore, plaintiff's August 14, 2006, motion to recuse is denied.

So ordered.

Dated: August 29, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

/broo2166.dny recuse