IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY BRYAN BROOKS,

      Plaintiff,                    No. CIV S-02-2166 MCE EFB P

     vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

      Defendants.             ORDER

/

      Plaintiff is a prisoner without counsel suing under 42 U.S.C. § 1983 for alleged civil rights violations. On May 12, 2006, plaintiff filed a motion for summary judgment. On July 20, 2006, the court granted defendants' motion for an extension of time to file an opposition and cross-motion for summary judgment. That order directed defendants to file their opposition and cross-motion no later than July 24, 2006.

      To date, defendants have not filed an opposition to plaintiff's motion.

      Accordingly, it is ORDERED that defendants have 14 days from the date this order is signed to file an opposition, cross-motion or statement of no opposition, as appropriate.

////

////

////

1 Defendants' failure to comply with this order will result in the court construing their inaction as
2 a statement of no opposition to plaintiff's motion for summary judgment.
3 Dated: September 25, 2006.

5 \broo2166.order to file opp

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE