IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY BRYAN BROOKS,

     Plaintiff,                       No. CIV S-02-2166 MCE EFB P

vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

     Defendants.                ORDER

/

    Plaintiff is a state prisoner prosecuting this civil rights action without counsel. Pursuant to the April 10, 2006, revised schedule, trial is scheduled for December 6, 2006.

    Since plaintiff's motion for summary judgment is pending, the trial date is vacated. *See* Fed. R. Civ. P. 16(b).

    So ordered.

Dated: November 6, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE