IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BRYAN BROOKS, | No. 2:02-cv-2166-MCE-EFB-P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On February 22, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.

///

1

1 Having carefully reviewed the entire file, the court finds the findings and recommendations to be
2 supported by the record and by proper analysis.
3       Accordingly, IT IS HEREBY ORDERED that:
4       1. The findings and recommendations filed February 22, 2007, are adopted in full;
5       2. Plaintiff's May 12, 2006, motion for summary judgment is denied;
6       3. The October 10, 2006, cross-motion for summary judgment by Millingar, Harman and
7 Hin Yui is granted and judgment is entered in their favor; and
8       4. The Clerk is directed to close the case.

Dated: March 21, 2007

                           MORRISON C. ENGLAND, JR.
                           UNITED STATES DISTRICT JUDGE