# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BRYAN BROOKS,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>DEUEL VOCATIONAL INSITUTE; et al.,<br><br>　　　　Defendants - Appellees. | No. 07-15566<br>D.C. No. CV-02-02166-MCE<br><br><br>**ORDER** |

This appeal has been taken in good faith   [✓]

This appeal is not taken in good faith   [ ]

**FILED**

MAY 22 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　DEPUTY CLERK

Explanation: _____

_____

_____

_____

_____/s/_____
Judge
United States District Court

Date: MAY 21 2007